**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| CHARLIE BRANNER, JR, | : | |
| Petitioner, | : | |
| v. | : | Case No. 7:26-cv-199-LAG-AGH |
| DAVID STOKES, | : | |
| Respondent. | : | |

**ORDER**

*Pro se* Petitioner Charlie Branner, Jr., filed a *pro se* application for a writ of habeas corpus (ECF No. 1). He also filed a motion to proceed *in forma pauperis* (IFP) (ECF No. 2). Petitioner did not, however, provided the Court with "a certificate from the warden or other appropriate officer of the place of [his] confinement showing the amount of money or securities that the petitioner has in any account in the institution." Rule 3(a)(2) of Rules Governing Section 2254 Cases in the U.S. District Courts. Therefore, on July 14, 2026, the Court ordered Petitioner to either submit the required $5.00 filing fee or submit a certificate showing the amount of money or securities he has in any account in the prison. Order 1, ECF No. 8.

That order has now been returned to this Court as undeliverable. Mail Returned, ECF No. 9. However, on the return envelope, a notation shows Petitioner is now at Coastal State Prison. *Id.* A review of the Georgia Department of Corrections inmate locator also lists Coastal State Prison as Petitioner's current facility. Finally, prior to transferring the case to this court, the U.S. District Court for the Southern District of Georgia recognized that Petitioner was at Coastal State

Prison and mailed a copy of the transfer order to that address. Because it does not appear Plaintiff received the Court's July 14, 2026, Order, the clerk shall forward a copy of that order and this order to Plaintiff at Coastal State Prison.

Petitioner shall have **FOURTEEN (14) DAYS** from the date shown on this order to either submit the required $5.00 filing fee or submit a certificate showing the amount of money or securities he has in any account in the prison. Failure to comply with this Order may result in the dismissal of Petitioner's application. Additionally, failure to keep the Court informed of any address change, may result in dismissal.

The Clerk of Court shall forward a blank motion to proceed without prepayment of fees, along with the appropriate account certification form and a copy of this order (all showing the civil action number) to Petitioner.

**SO ORDERED**, this 24th day of August, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE